ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| ArmorSource, LLC | ) ASBCA No. 63836 |
| | ) |
| Under Contract No. W91CRB-15-D-0023 | ) |

APPEARANCES FOR THE APPELLANT:    Joshua D. Schnell, Esq.
    Jason W. Moy, Esq.
     Cordatis LLP
     Arlington, VA

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
     Army Chief Trial Attorney
    MAJ Brandon P. Mark, JA
     Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  November 6, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63836, Appeal of ArmorSource, LLC, rendered in conformance with the Board's Charter.

Dated:  November 6, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals